**No. 67776.**—S. M. Iida, Ltd., and American Customs Brokerage Co. v. United States, protests 61/24762, 62/3728, and 62/10629 (Honolulu).

Opinion by DONLON, J. In accordance with oral stipulation of counsel, the merchandise was held dutiable as follows: The items referred to on the invoices as S–2, S–3, and S–30, cups, at 10 cents per dozen pieces and 20 percent ad

valorem and the items referred to as S–9, S–10, and S–11, teapots, at 10 cents per dozen pieces and 25 percent ad valorem, as claimed.